DAY PITNEY LLP

(MAIL TO) P.O. BOX 1945 MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
Tel: (973) 966-6300
Fax: (973) 966-1015
dflores@daypitney.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BANK OF AMERICA, N.A.,** ) | HONORABLE |
| ) | |
| *Plaintiff,* ) | CIVIL ACTION NO._____ |
| ) | |
| v. ) | |
| ) | |
| **FRED TEICHER, NORMA O. TEICHER,** ) | |
| **JEREMY TEICHER, STUART TEICHER,** ) | **COMPLAINT** |
| **RYAN TEICHER and JARMISON GROUP,** ) | |
| **INC.,** ) | |
| ) | (Document Electronically Filed) |
| *Defendants.* ) | |
| ) | |

Bank of America, N.A. ("BofA"), by its attorneys, DAY PITNEY LLP, and as and for its Complaint, respectfully alleges as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) in that the amount in controversy is in excess of $75,000, exclusive of interest and costs, and there is diversity between the parties.

83175485A02062309

2.      Venue is proper pursuant to 28 U.S.C. § 1391(a) (2).

## THE PARTIES

3.      BofA is a national banking association chartered under the laws of the United States with a principal place of business in Charlotte, North Carolina.

4.      Upon information and belief, defendant Fred Teicher ("Fred") is an individual residing in the State of New Jersey and having an address of 25 Rath Lane, East Brunswick, New Jersey.

5.      Upon information and belief, defendant Norma O. Teicher ("Norma") is an individual residing in the State of Jersey and having an address of 25 Rath Lane, East Brunswick, New Jersey.

6.      Upon information and belief, defendant Jeremy Teicher ("Jeremy") is an individual residing in the State of New Jersey and having an address of  5 Kensington Court, Tenafly, New Jersey 07670.

7.      Upon information and belief, defendant Stuart Teicher ("Stuart") is an individual residing in the State of New Jersey and having an address of 2 Winchester Drive, East Brunswick, New Jersey.

8.      Upon information and belief, defendant Ryan Teicher ("Ryan") is an individual residing in the State of New Jersey and having an address of 4 Round Hill Road, Scotch Plains, New Jersey 07076.

9.      Upon information and belief, defendant Jarmison Group, Inc. ("Jarmison" and together with Fred, Norma, Jeremy and Stuart, collectively, the "Borrowers") is a New Jersey corporation with its principal place of business located at 758 Highway 18, Suite 103, East Brunswick, New Jersey 08816.

## FACTS

10.     On or about July 20, 2006, the Borrowers and BofA entered into that certain Line of Credit Loan Agreement (as at any time amended, the "Loan Agreement"), whereby BofA agreed to make a certain loan to the Borrowers on the terms set forth therein. (A true and correct copy of the Loan Agreement is annexed hereto as **Exhibit "A"** and is incorporated herein by reference.)

11.     On or about July 20, 2007, the Borrowers, for the purpose of evidencing indebtedness to BofA of the principal sum of $2,000,000.00 with interest thereon (the "Loan"), made, executed and delivered to BofA that certain Promissory Note dated July 20, 2006 (as at any time amended, the "Note" and together with the Loan Agreement, the "Loan Documents"), whereby the Borrowers were bound and promised to pay to BofA said sum, with interest thereon at the rate therein provided. (A true and correct copy of the Note is annexed hereto as **Exhibit "B"** and its terms and conditions are incorporated herein by reference.)

## FIRST CLAIM
(Breach of Contract against the Borrowers)

12.     BofA repeats and realleges the foregoing allegations of this Complaint as if fully set forth herein.

13.     The Borrowers breached the terms of the Loan Documents when, *inter alia*, the Loan matured pursuant to its terms on July 20, 2008 and the Borrowers failed to pay to BofA the amounts due under the Loan Documents (the "Default").

14.     Thereafter, and in accordance with the terms of the Loan Documents, BofA demanded payment in full of the matured Loan, including all principal, accrued interest and all other amounts due under the terms of the Loan Documents (collectively, the "Indebtedness").

- 3 -

15.    As of June 3, 2009, the principal amount of the Indebtedness was $1,850,000.00, together with accrued interest in the amount of $92,140.26, plus accrued and accruing interest, attorneys' fees, costs and any other amounts due under the Loan Documents (the "Obligations").

16.    Since BofA's demand for payment, BofA has not received any payments from the Borrowers.

17.    BofA has performed all terms and conditions precedent on its part, to the extent that there are any, to be performed pursuant to the terms of the Loan Documents.

18.    By the reason of the foregoing, BofA is entitled to Judgment against each of the Borrowers, jointly and severally, in an amount not less than the principal amount of $1,850,000.00, plus accrued and accruing interest, attorneys' fees, costs and any other amounts due under the Loan Documents, all of which will continue to accrue.

## SECOND CLAIM
(Book Account against the Borrowers)

19.    BofA repeats and realleges the foregoing allegations of this Complaint as if fully set forth herein.

20.    Borrowers are indebted to BofA on a certain book account.

21.    BofA has demanded payment of the Obligations from the Borrowers, but payment has not been made.

22.    By the reason of the foregoing, BofA is entitled to Judgment against each of the Borrowers, jointly and severally, in an amount not less than the principal amount of $1,850,000.00, plus interest accrued and accruing, attorneys' fees, costs and any other amounts due under the Loan Documents, all of which will continue to accrue.

- 4 -

## THIRD CLAIM
(Unjust Enrichment)

23. BofA repeats and realleges the foregoing allegations of this Complaint as if fully set forth herein.

24. Borrowers have been unjustly enriched at BofA's expense by accepting the benefits of the financing BofA provided to them without remitting payment therefor.

25. By the reason of the foregoing, BofA is entitled to Judgment against each of the Borrowers, jointly and severally, in an amount not less than the principal amount of $1,850,000.00, plus accrued and accruing interest, attorneys' fees, costs and any other amounts due under the Loan Documents, all of which will continue to accrue.

**WHEREFORE**, BofA respectfully demands Judgment against each of the Borrowers, jointly and severally, and in favor of BofA as follows:

(a) **on the First Claim (Breach of Contract)**, in an amount not less than the principal amount of $1,850,000.00, plus accrued and accruing interest, attorneys' fees, costs and any other amounts due under the Loan Documents, all of which will continue to accrue;

(b) **on the Second Claim (Book Account)**, in an amount not less than the principal amount of $1,850,000.00, plus accrued and accruing interest, attorneys' fees, costs and any other amounts due under the Loan Documents, all of which will continue to accrue;

(c) **on the Third Claim (Unjust Enrichment)**, in an amount not less than the principal amount of $1,850,000.00, plus accrued and accruing interest, attorneys' fees, costs and any other amounts due under the Loan Documents, all of which will continue to accrue;

- 5 -

(d)     awarding BofA such other and further relief which as to this Court seems just, proper, and equitable.

Dated: June 23, 2009

DAY PITNEY LLP
Attorneys for Plaintiff
Bank of America, N.A.


By:   /s/ Daniel F. Flores
         Daniel F. Flores, Esq.
         Michael H. Levison, Esq.

200 Campus Drive
Florham Park, NJ  07932-0950
Telephone:      (973) 966 6300
Facsimile:       (973) 966 1015

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

I certify, under penalty of perjury, that to the best of my knowledge, this matter is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated: June 23, 2009

DAY PITNEY LLP
Attorneys for Plaintiff
Bank of America, N.A.

By:    /s/ Daniel F. Flores
       Daniel F. Flores, Esq.
       Michael H. Levison, Esq.

200 Campus Drive
Florham Park, NJ  07932-0950
Telephone:    (973) 966 6300
Facsimile:    (973) 966 1015

- 7 -