UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BANK OF AMERICA, N.A., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 09-3068 (MLC) |
| v. | : | **ORDER & JUDGMENT** |
| FRED TEICHER, et al., | : | |
| Defendants. | : | |

For the reasons stated in the Court's Memorandum Opinion, dated February 23, 2010, **IT IS** on this 23rd day of February, 2009, **ORDERED** that the plaintiff's motion for summary judgment (dkt. entry no. 16) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

**GRANTED TO THE EXTENT** that it concerns the defendants' default as to certain loans designated in the record as Loan No. 2, Loan No. 3, Loan No. 4, and Loan No. 5, and

**DENIED WITHOUT PREJUDICE TO THE EXTENT** that it concerns the defendants' alleged default as to a certain loan designated in the record as Loan No. 1; and

**IT IS FURTHER ADJUDGED** that **JUDGMENT IS ENTERED IN FAVOR** of the plaintiff, Bank of America, and against the defendants, Fred Teicher, Norma O. Teicher, Jeremy Teicher, Stuart Teicher, Ryan Teicher, and Jarmison Group, Inc., jointly and severally, as to Loan No. 2, Loan No. 3, Loan No. 4, and Loan No. 5 referenced in the plaintiffs' claim for breach of contract, in the amount of $1,345,818.21, plus interest at the per diem rate of $112.83 from

December 9, 2009, through and including the date of entry of judgment, plus interest thereafter accruing at the post-judgment interest rate pursuant to 28 U.S.C. § 1961; and

**IT IS FURTHER ORDERED** that the plaintiff is **GRANTED LEAVE** to move again for summary judgment in its favor on the claims concerning Loan No. 1, upon a new notice of motion properly filed pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules, within 45 days of entry of this Order and Judgment; and

**IT IS FURTHER ORDERED** that, in the event that the plaintiff moves again for summary judgment in its favor on its breach of contract claim as to Loan No. 1, the plaintiff shall address in support of its motion for summary judgment whether judgment in its favor on its breach of contract claim in its entirety would moot the Second Claim, Book Account, and Third Claim, Unjust Enrichment.


　　s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge

2