UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BANK OF AMERICA, N.A., | : | CIVIL ACTION NO. 09-3068 (MLC) |
| Plaintiff, | : | **ORDER & JUDGMENT** |
| v. | : |  |
| FRED TEICHER, et al., | : |  |
| Defendants. | : |  |

For the reasons stated in the Court's Memorandum Opinion, dated June 11, 2010, **IT IS** on this   11th   day of June, 2010, **ORDERED** that the plaintiff's motion for summary judgment (dkt. entry no. 23) is **GRANTED**; and

**IT IS FURTHER ADJUDGED** that **JUDGMENT IS ENTERED IN FAVOR** of the plaintiff, Bank of America, N.A., and against the defendants, Fred Teicher, Norma O. Teicher, Jeremy Teicher, Stuart Teicher, Ryan Teicher, and Jarmison Group, Inc., jointly and severally, as to Loan No. 1 referenced in the plaintiff's claim for breach of contract, in the amount of $646,133.33, plus interest at the per diem rate of $54.16 from April 7, 2010, through and including the date of entry of judgment, plus interest thereafter accruing at the post-judgment interest rate pursuant to 28 U.S.C. § 1961; and

**IT IS FURTHER ADJUDGED** that the remaining claims for book account and unjust enrichment are **DISMISSED WITHOUT PREJUDICE AS MOOT**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED.**


                                          s/Mary L. Cooper
                                     **MARY L. COOPER**
                                     United States District Judge