**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
200 Campus Drive
Florham Park, New Jersey 07932
(973)-624-0800
Attorneys for Plaintiff, Bank of America, N.A.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| BANK OF AMERICA N.A., | : | HON. MARY L. COOPER, U.S.D.J. |
| | : | HON. LOIS H. GOODMAN, U.S.M.J. |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 09-CV-03068-MLC-LHG |
| v. | : | |
| | : | **PARTIAL WARRANT TO SATISFY** |
| FRED TEICHER, *et al.,* | : | **JUDGMENT AS TO DEFENDANT** |
| | : | **JEREMY TEICHER ONLY PURSUANT** |
| Defendants. | : | **TO LOCAL COURT RULE 79.3** |
| | : | |
| | : | |
| | : | |

To the Clerk of the Above-Named Court:

WHEREAS, Judgment was entered in the above-entitled action in the United States District Court for the District of New Jersey, by Order and Judgment entered on February 23, 2010, in favor of Plaintiff, Bank of America, N.A., and against *inter alia* defendant Jeremy Teicher, in the amount of **$1,345,818.21 plus interest** (the "Judgment"), as appears by the record thereof on Civil Action No. 09-CV-03068-MLC-LHG; and

WHEREAS, in connection with and pursuant to the terms of a Settlement Agreement between the Plaintiff and defendant Jeremy Teicher dated August __, 2012, the Plaintiff agreed to deliver a satisfaction of the Judgment as to Jeremy Teicher only.

1449429.2

NOW, THEREFORE, this is your Warrant and authority pursuant to Local Court Rule 79.3 to enter on the aforesaid record, this satisfaction of the Judgment in this matter as to defendant Jeremy Teicher, <u>only</u>.  <u>The Judgment shall remain of record as to all other defendants in this matter</u>.


WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
Attorneys for Plaintiff, Bank of America, N.A.


DATED:  August 28, 2012          By:    /Daniel F. Flores/
                                             Daniel F. Flores, Esq.

2

1449429.2